UNCLAIMED FUNDS

SEPTEMBER 21, 2010

    08-63179    STEVEN MURRAY
                    AMY MURRAY
                    CREDITOR DID NOT CASH CHECK
                    CHECK #450148 FOR $1,531.29
                    WELLS FARGO HOME MTG
                    MAC #X2501 –01D
                    ONE HOME CAMPUS
                    DES MOINES, IA  50328

    05-61381    DENNIS THOMAS
                    ROBERTA THOMAS
                    CREDITOR DID NOT CASH CHECK
                    CHECK #450147 FOR $657.28
                    WELLS FARGO HOME MTG
                    MAC #X2501 –01D
                    ONE HOME CAMPUS
                    DES MOINES, IA  50328

```
         0 • *

     1,531•29+
       657•28+
     2,188•57*
```